UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23616-CIV-SEITZ/WHITE

JEFFREY FAIR,

        Plaintiff,

v.

J. ADAMS, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-5]. In that Report, Magistrate Judge White recommends that Plaintiff's complaint [DE-1] be dismissed pursuant to 28 U.S.C. § 1915(g) and that Plaintiff's Motion to Proceed In Forma Pauperis [DE-4] be denied. Section 1915(g) states:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

The Magistrate Judge found that Plaintiff had filed numerous actions that had previously been dismissed. He further found that Plaintiff had failed to establish that he was in imminent danger of serious physical injury.

While Plaintiff has filed a "Motion to Answer Report of Magistrate Judge," Plaintiff has not raised any actual objections to the Magistrate Judge's Report. Nor has plaintiff shown that he is in imminent danger of serious physical injury. Thus, having carefully reviewed, *de novo*,

Magistrate Judge White's Report, the record, and given that Plaintiff's objections do not address the merits of the matter, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-5] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Plaintiff's complaint [DE-1] is DISMISSED.

(3) Plaintiff's Motion to Proceed In Forma Pauperis [DE-4] is DENIED.

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 30th day of November, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All Counsel of Record